UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
| USDC SDNY
| DOCUMENT
| ELECTRONICALLY FILED
| DOC #: _____
| DATE FILED: _____
```

RALPH LAUREN CORP.

          Plaintiff,

13 Civ. 7147

v.

UNITED STATES POLO
ASSOCIATION, INC. ET. AL.,

**ORDER**

          Defendants.

      In support of their motion to dismiss, the defendants intend to file the 2003 Settlement Agreement between the Ralph Lauren Corp. and the United States Polo Association. Both parties agree that the 2003 Settlement Agreement should be filed under seal. Accordingly, the court grants the defendants request to file the 2003 Settlement Agreement under seal.

SO ORDERED.

Dated: New York, New York
       December 9, 2013

1

2

_____
Thomas P. Griesa
United States District Judge